### SEYMOUR v. MERRILLS.

In actions of defamation, evidence of the plaintiff's general character admissible.

ACTION of defamation. Issue to the jury. In this case it was determined, that evidence of the general character of the plaintiff respecting the crimes charged, may be given in evidence by the defendant; but no evidence of particular facts, except those charged by the words. See Brunson v. Lynde, New Haven, January Term, A. D. 1792.